United States Bankruptcy Court
Eastern Division of Virginia
Alexandria Division

In re: Elizabeth Grace Wright
Chapter: 13
Case Number: unknown

FILED MAILROOM
2023 JUN 27 PM 3:23
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Request for an extention of time to file missing documents, such as all schedules and statement of financial affairs, summary of your assets and liabilities and certain statistical information, statement of your current monthly income and calculation of commitment period, and a chapter 13 plan.

I am aware that these documents are due 14 days after the petition date, but I need more time to complete the following documents:

Official Form 106          Schedule J
Schedule A/B;              Official Form B106
Schedule C                 Official Form 107
Schedule D                 Official Form 122C
Schedule E/F               Chapter 13 Plan
Schedule G                 Completion of Personal Financial Course
Schedule I

Please extend the time limit for these documents beyond the normal deadline of 14-(fourteen) days.

Debtor: Elizabeth Grace Wright          Date: June 21, 2023